ROB 12B
(7/13)SWPA

# UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF NEW YORK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ FEB 27 2014
BROOKLYN OFFICE

Name of Offender: George Conte                Case Number: 96-CR-427 & 95-CR-31

Name of Sentencing Judicial Officer: The Honorable Frederic Block, Senior U.S. District Judge

Date of Original Sentence: January 10, 1997

Original Offense 95-CR-31:  2 Counts of Racketeering, in violation of 18 U.S.C. § 1962(c) and (d)
                            4 Counts of Conspiracy to Murder, in violation of 18 U.S.C. § 1959(a)(5), a class C felony
                            Murder, in violation of 18 U.S.C. 1959(a)(1), a class A felony
                            Accessory After the Fact, in violation of 18 U.S.C. § 3, a class C felony
                            Harboring a Fugitive, in violation of 18 U.S.C. 1071, a class D felony
                            Tax Evasion Conspiracy, in violation of 18 U.S.C. § 371, a class D felony

Original Offender 96-CR-427: 3 Counts of Murder, in violation of 18 U.S.C. § 1959(a)(1), a class A felony
                             3 Counts of Conspiracy to Murder, in violation of 18 U.S.C. 1959(a)(5), a class C felony

Original Sentence: 264 Months Custody, Concurrent with 10 Years Imprisonment

Type of Supervision: Supervised Release        Date Supervision Commenced: To Be Released March 10, 2014

---

## PETITIONING THE COURT

☐ To extend the term of supervision for Enter no. of year years, for a total term of Enter no. of year years.
☑ To modify the conditions of supervision as follows:

The defendant shall submit his person, residence, place of business, vehicle or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must also be conducted in a reasonable manner and at a reasonable time; failure to submit to a search may be grounds for revocation and the defendant shall inform any other resident that the premises may be subject to a search pursuant to this condition.

Case 1:96-cr-00427-FB   Document 6   Filed 02/27/14   Page 2 of 3 PageID #: 9

Prob 12B - Request for Modifying the Conditions or Term of Supervision with Consent of the Offender   Page 2
George Conte                      PACTS:7297            Case Number: 0207 1:96CR00427

## CAUSE

The offender is currently being held by the Bureau of Prisons at the Phoenix Residential Reentry Office with a scheduled release date of March 10, 2014. The offender has received approval to reside in Las Vegas, within the District of Nevada. His supervising officer has requested that the above condition be ordered. He explained that offenders in that District, who have been convicted of violent offenses such as Murder, are required to have this condition. The offender has signed the attached waiver agreeing to the modification of his conditions.

Respectfully submitted,

*Javier Enciso*

Javier Enciso
U.S. Probation Officer
Date: February 25, 2014

Approved by,

*Joseph Franco*

Joseph Franco
Supervising U.S. Probation Officer
Date: 2/25/2014

---

**THE COURT ORDERS:**
☐ No Action.
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

/S/ USDJ BLOCK
Signature of Judicial Officer
2/27/14
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## Eastern District of New York

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Search-**The defendant shall submit his person, residence, place of business, vehicle or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must also be conducted in a reasonable manner and at a reasonable time; failure to submit to a search may be grounds for revocation and the defendant shall inform any other resident that the premises may be subject to search pursuant to this condition.

Witness _____
U.S. Probation Officer

Signed _____
George Conte

February 4, 2014
Date